No. 34. UNITED STATES OF AMERICA FOR THE USE OF T. H. KESSLER & COMPANY, PLAINTIFF IN ERROR, *v.* TITLE GUARANTY & SURETY COMPANY. In error to the United States Circuit Court of Appeals for the Fifth Circuit. Argued November 8, 1917. Decided November 12, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Illinois Surety Co.* v. *Peeler*, 240 U. S. 214, and cause remanded to the District Court of the United States for the Southern District of Texas. *Mr. James A. Baker, Mr. Samuel B. Dabney* and *Mr. Claudian B. Northrop* for plaintiff in error. *Mr. Lewis R. Bryan* for defendant in error, submitted.

No. 35. E. O. ELLISON, PLAINTIFF IN ERROR, *v.* CITY OF LA MOURE ET AL.; and

No. 36. DAVID LLOYD, PLAINTIF IN ERROR, *v.* CITY OF LA MOURE ET AL. In error to the Supreme Court of the State of North Dakota. Argued November 8, 9, 1917. Decided November 12, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Kansas City Star* v. *Julian*, 215 U. S. 589; *McCorquodale* v. *Texas*, 211 U. S. 432, 437; *St. Louis & San Francisco Ry. Co.* v. *Shepherd*, 240 U. S. 240, 241. *Mr. S. E. Ellsworth* for plaintiffs in error. No brief filed for defendants in error.